**PERMANENT RESIDENT CARD**
NAME CHILMOND, MATTHEW G
A# 043-308-368
Birthdate 01/17/... Sex M
Country Lebanon
CARD... 07/17
Resident since 02/13/92

C1USA0433063680MSC0740120932<<
6201175M1703076LBN<<<<<<<<<<<3
CHILMOND<<MATTHEW<G<<<<<<<<<<<

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH

**08 C 796**

**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**

OFFICIAL SEAL
ZAYA J. ZAYA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-11-2010

7/2/2007