**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    08 C 796
JUDGE SHADUR
MAGISTRATE JUDGE BROWN

Department of Homeland Security
U.S. Citizenship and Immigration Service

## N-652  Naturalization Interview Results

A#: _43 306 368_

On __7-10-07__, you were interviewed by INS Officer __**KRUMPOLZ**__

☐ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ____ speak/ ____ read/ ____ / Write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☒ Please follow the instructions on the Form N-14.
☒ INS will send you a written decision about your application.    _Appeal Hearing_

☐ You did not pass the second and final test of your ____ English ability / ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

B) __X__ A decision cannot yet be made about your application.

It is very important that you:
√ Notify INS if you change your address.
√ Come to any scheduled interview.
√ Submit all requested documents.
√ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
√ Go to any oath ceremony that you are scheduled to attend.
√ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under Section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. District Court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (01/14/05)N