# CARPENTER & CAPT, CHARTERED
## ATTORNEYS AT LAW

PATRICIA CAPT CARPENTER*  
pcapt@carpenterandcapt.com

www.carpenterandcapt.com

ROBERT T. CARPENTER  
rcarpenter@carpenterandcapt.com

September 4, 2007

**FILED**

**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VIA HAND DELIVERY**
ATTN: Officer Kumpolz
U.S. Department of Homeland Security
101 W. Congress Pkyw.
Chicago, IL 60605

**PH**

**08 C 796**

RE:   A 43 306 368
       CHILMOND, MATTHEW

**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**

Dear Officer Krumpolz,

Per your request, enclosed please find a translation of the previously submitted medical report evidencing physical disability. Please contact our office directly if you need further information in support of this case. Thank you for your consideration.

Respectfully,

CARPENTER & CAPT, CHTD.

Robert Carpenter

RTC/jre



*LICENSED IN MICHIGAN AND ILLINOIS         LEGAL COUNSELING & MEDIATION SERVICES

53 W. Jackson Blvd., Suite 1752   Chicago, IL  60604   P: 312.803.5110   F: 312.803.5112
Harbor Dunes Building   18605 W. U.S. 12   New Buffalo, MI  49117   P: 269.469.9557   F: 269.469.9581

U.S. Department of Homeland Security

101 W. Congress Pkwy.
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

File No.: A 43 306 368

Officer: Krumpolz

Examination of your application (N-400) shows that additional information; documents or forms are needed before your application can be acted upon. Please RETURN THIS LETTER WITH THE REQUESTED INFORMATION and/or DOCUMENTS by: 9/1/07

*Failure to do may result in the denial of your application.*
YOU MUST SUBMIT ALL ITEMS CIRCLED AND/OR CHECKED BELOW:

☐ A statement in your own words stating why you did not register for the Selective Service and your willingness to protect the United States, or proof of registration for Selective Service.

☐ A copy of your alien registration card

☐ Driver's License

☐ Re-entry Permit/ Refugee Travel Document

☐ Passport

☐ Proof of Citizenship (Spouse)

☐ Proof of Child Support

☐ Certified Tax Forms or IRS Form 1722

☐ ORIGINAL Court Dispositions (All Arrests) (Photocopies NOT Acceptable)

☐ ORIGINAL Police Records (All Arrests) (Photocopies NOT Acceptable)

☐ Proof of Illinois Residence

☐ Proof of Medical Condition (N-648)

☐ Proof of Name Change

☐ Marriage License

☐ Divorce Decree

☐ Birth Certificate(s)

☐ Photos (see attached)

☒ Other: _medical report from neuro surgeon_
_translation of prev. report_

RECEIVED USCIS 2007 SEP -4 P 2:09 CHICAGO, ILLINOIS

PLEASE RETURN TO:
U. S. CITIZENSHIP AND IMMIGRATION SERVICES
101 W. Congress Pkwy.
CHICAGO, IL 60605
ATTN: OFFICER __KRUMPOLZ__

Form N-14 (Rev. 01/26/04)

## ÉLECTRODES UTILISÉES

### DROITE



| | |
|---|---|
| 2 | P.F. |
| 4 | F. |
| 6 | R. |
| 8 | P. |
| 10 | O. |
| 12 | T.A. |
| 14 | T.M. |
| 16 | T.P. |
| 26 | Or. |

### CENTRE

| | |
|---|---|
| 22 | C.F. |
| 23 | C. |
| 24 | C.P. |

### GAUCHE



| | |
|---|---|
| 1 | P.F. |
| 3 | F. |
| 5 | R. |
| 7 | P. |
| 9 | O. |
| 11 | T.A. |
| 13 | T.M. |
| 15 | T.P. |
| 27 | Or. |

# RAPPORT ELECTRO-ENCÉPHALOGRAPHIQUE

## Généralités

Examen de Monsieur Bouba GABRIEL

Sexe : masculin                                    Age : 5 ans

Enregistré le 14 Mai 1965                          sous le N° M-43

Adresse : Achrafié

Profession : —

Adressé par : L'Assistance Publique

Médecin Traitant : Docteur Joseph HAGGEAR

Médicaments : —

## Conditions pendant l'examen

Coopération : bonne
Conscience : bonne
Gaucher-Droitier : 

Activations employées
  : épreuve

Sommeil : Sonotal 150 mg per os.

## Renseignements et diagnostic cliniques

A la suite d'un accident de voiture survenu il y a quelques semaines, perd souvent connaissance et somnole facilement.

## Description et interprétation des tracés

L'activité dominante est constituée par un rythme Alpha de 12 C/S de fréquence de 25 à 35 microvolts d'amplitude.

Ce rythme est abondant, régulier, symétrique, présent sur les régions postero-antérieures.

A ce rythme de base sont souvent associées une activité lente (Théta) et rapide (Béta).

Sur le montage temporal monopolaire (V) on observe des décharges de pointes-ondes qui sont paroxystiques, hypersynchrones, bilatérales et généralisées.

Conclusion : Tracé de sommeil physiologique, sur lequel se détachent des accidents paroxystiques qui sont en faveur d'une comitialité généralisée.

Docteur Antoine A. R A B.


ASSOCIATION HOSPITALIÈRE FRANÇAISE
HOTEL-DIEU DE FRANCE

POLICLINIQUE
de NEUROLOGIE

Beyrouth, le 14/12/65

Le petit Bouba Gabriel a été
vu le 6/5/65 pour convulsions
troubles du comportement surve-
nu après un trauma cranien.
L'E.E.G. montre des pointes crri-
tatives lors du sommeil (D:
Arab).
Ce petit prend de l'Antisacer infan-
tile et Neuroleptil.
A cause du traumatisme et
des resultats de l'E.E.G. son
taux d'incapacité permanente
est de 25 %. environ.

ASSOCIATION HOSPITALIÈRE FRANÇAISE
HÔTEL-DIEU DE FRANCE

Service de Médecine        Beyrouth, le _____


ASSISTANCE MÉDICALE

Le petit Bouba Gabriel présente des crises d'Épilepsie generalisee confirmé par l'Electroencephalogramme pratiqué le 14 Mai 1965. Quelques semaines avant cette date le petit à la suite d'un accident de voiture avait fait un coma.

25/4/67
D: S. Haffar

O. 18 - 2000 - 1 - 67

1
ELECTRODES USED
2
RIGHT
3
NASION
4
CENTER
5
LEFT
6
NASION
7
INION
8
[these abbreviations refer to the defined standard placement for electroencephalography electrodes]
9
[these abbreviations refer to the defined standard placement for electroencephalography electrodes]
10
[these abbreviations refer to the defined standard placement for electroencephalography electrodes]

# ELECTROENCEPHALOGRAM REPORT

## General Information
Examination of Mr. Bouba Gabriel

Sex   male            Age   5 years

Registered May 14, 1965         Under no. H-43

Address   Achrafié

Profession   ---

Referred by   Public Assistance

Treating physician:   Dr. Joseph Haggar

Medications –

## Conditions during the examination
Cooperation: Good

Consciousness:  Good

Left-Right

## Employed Activations
[illegible]

[illegible]

Sleep: Seconal 50 mg by mouth

## Information and clinical diagnosis
Following an automobile accident several weeks ago lost consciousness and dozed off easily.

## Description and interpretation of the tracings
The dominant activity is made up of an alpha rhythm of 12 C/S frequency with 25 to 35 microvolts amplitude.

This rhythm is abundant, regular, symmetrical, and present on the postero-anterior regions.

Sometimes combined with this base rhythm are a slow activity (theta) and a rapid activity (beta).

On the monopolar temporal mounting (V), spike and wave discharges are observed that are paroxystic, hypersynchronous, bilateral and generalized.

Conclusion: Tracing of physiological sleep, from which paroxystic incidents stand out that indicate generalized grand mal epilepsy.

[stamp]                    [signature]
                           Dr. Antoine Arab

1
1 Median longitudinal mounting
2 [illegible]

1
II External longitudinal mounting
2
[illegible]

1
III Anteroposterior transdermal mounting
2
[illegible]

1
IV Anteroposterior monopolar mounting
2
[illegible]

1
V Monopolar temporal mounting
2
[illegible]

FRENCH HOSPITAL ASSOCIATION
HOTEL-DIEU DE FRANCE

---------

NEUROLOGY
OUTPATIENT CLINIC

Beyrouth, *12/14/65*

*Little Bouba Gabriel was seen on 5/4/65 for* <u>convulsions</u>
*and behavior problems resulting from a cranial trauma.*
*The EEG shows [illegible] points at the time of sleep (Dr. Arab).*
*This child suffers from infantile and neuroleptic [illegible].*
*Because of the trauma and the results of the E.E.G., a rate of permanent disability of approx. 25%.*

[signature]

| | |
|---|---|
| FRENCH HOSPITAL ASSOCIATION<br>HOTEL-DIEU DE FRANCE<br>---------<br>Medical Office<br>---------- | MEDICAL<br>ASSISTANCE |

Beyrouth, on _____

*Little Bouba Gabriel presents <u>generalized epileptic</u> seizures confirmed by the electroencephalogram carried out on May 14, 1965.*

*Several weeks before that date the child went into a coma following a car accident.*

[signature]
4/25/07
Dr. J. Haggar