# CARPENTER & CAPT, CHARTERED*
## ATTORNEYS AT LAW

**PATRICIA CAPT CARPENTER***
pcapt@carpenterandcapt.com

www.carpenterandcapt.com

**ROBERT T. CARPENTER**
rcarpenter@carpenterandcapt.com

December 12, 2007

<span style="color:red">**FILED**</span>

<u>VIA HAND DELIVERY</u> <span style="color:red">**FEBRUARY 6, 2008**</span>
<span style="color:red">MICHAEL W. DOBBINS</span>
<span style="color:red">CLERK, U.S. DISTRICT COURT</span>

**ATTN: Officer Guerrero**
U.S. Department of Homeland Security
101 W. Congress Pkyw.
Chicago, IL 60605

<span style="color:red">PH</span>

<span style="color:red">**08 C 796**</span>

**RE:** <u>N-336 Supplemental Evidence</u>
      **A 43 306 368**
      **CHILMOND, MATTHEW**

DEC 1 2 2007

<span style="color:red">**JUDGE SHADUR**</span>
<span style="color:red">**MAGISTRATE JUDGE BROWN**</span>

Dear Officer Guerrero,

Per your request during the interview on November 1, 2007, enclosed please find the Neuropsychological Evaluation for Mr. Chilmond, performed by Michael J. Di Domenico, PSY.D. Portions indicating Mr. Chilmond's cognitive impairments are highlighted for your reference.

Extensive sections of the report detail exactly the type and severity of impediments that led to Mr. Chilmond not understanding the naturalization process enough to discern when he was to become naturalized. You will recall seeing these unfortunate impediments yourself in your office on November 1, 2007 when he could not grasp where to sign, what to sign, and how to sign the N-400. The result is a mosaic of signatures on the form in your file.

Please contact our office directly if you need further information in support of this case. Thank you for your consideration.

Respectfully,

CARPENTER & CAPT, CHTD.

Robert Carpenter

RTC/jre

*LICENSED IN MICHIGAN AND ILLINOIS    LEGAL COUNSELING & MEDIATION SERVICES

53 W. Jackson Blvd., Suite 1752  Chicago, IL 60604  P: 312.803.5110  F: 312.803.5112
Harbor Dunes Building  18605 W. U.S. 12  New Buffalo, MI 49117  P: 269.469.9557  F: 269.469.9581

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 43 306 365

On ___November 1, 2007___ , you were interviewed by USCIS officer ___GUERRERO___.

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/_____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___✓___ A decision cannot yet be made about your application. N 336 Appeal cont. decision

It is very important that you:

☑ Notify USCIS if you change your address.

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

**MICHAEL J. DI DOMENICO, PSY.D.**
3545 Lake Avenue
Wilmette, Illinois 60091
847-251-1800

<u>NEUROPSYCHOLOGICAL EVALUATION</u>

| | |
|---|---|
| Patient's Name: | Matthew G. Chilmond |
| Age: | 45 years old |
| Date of Birth: | January 17, 1962 |
| Martial Status: | Single |
| Education: | Special Education |
| Employment Status: | Laborer |
| Referred By: | Dr. Amusin |
| Attorney At Law: | Mr. Carpenter |
| Date of Evaluation: | November 26, 2007 |
| Date of Report: | December 4, 2007 |

### REASON FOR REFERRAL:

Mr. Matthew G. Chilmond was referred for a neuropsychological evaluation. There is concern that the patient is suffering from a cortical type of dementia that is affecting his decision making process and has made it difficult for Mr. Chilmond to acquire his American Citizenship due to limited understanding of the law and limited self-awareness. Therefore, this evaluation was ordered to determine his current level of cognitive and emotional functioning and to assist with diagnostic differentiation and treatment planning.

### TESTS ADMINISTERED:

Wechsler Adult Intelligence Scale
Bender-Gestalt Visual Motor Test
Rey Auditory Verbal Learning Test
Babcock Levy Test of Story Recall
Ravens Coloured Progressive Matrices
Trail Making Test
Mental Status Examination
Neuropsychological Screen
Diagnostic Interview
Beck Depression Inventory
Controlled Oral Word Association Test
Aphasia Screening Test

### BACKGROUND INFORMATION:

Information was taken from an interview with the patient and a brief interview with the patient's attorney Mr. Carpenter. Mr. Matthew G. Chilmond is a 45 year old, right-handed, single, Assyrian man. The patient reported that he was born and raised in Lebanon. He was referred for a neuropsychological evaluation to

Page - 2 Matthew G. Chilmond

assess his decision making capabilities. The patient reportedly suffered a serious head trauma at the age of three. This reportedly has affected his cognitive development and mental processing. The patient reportedly was run over by a motor vehicle. He was hospitalized and then required specialized schooling. Mr. Chilmond only attended primary school. The patient has difficulty with learning, retaining and retrieving. To complicate matters he is reportedly hearing impaired due to experiencing very loud explosive noises when he was in the army. Mr. Chilmond reported that he was part of the Christian Military Forces while living in Lebanon.

The patient legally immigrated to the United States in 1992. He has been back and forth to Lebanon since immigration. The patient reportedly is married and his wife is on a waiting list to come to the States. He does not have any children.

The patient reported that he has been denied citizenship. He reportedly did not understand our laws and he was voting in elections prior to being a citizen. Mr. Chilmond reported that he thought he was already an American Citizen and did not understand the prior proceedings that he had been through. The patient has also been found guilty of theft. He reported being framed by a work colleague. Mr. Chilmond can speak English, French, Assyrian and Arabic. He speaks French fluently.

The patient reported that he has lost several jobs due to his ethnicity. He reported that people will make cultural slurs. Mr. Chilmond is currently employed for an electric company IBEW. The patient reported that he will experience less physical and verbal insults if he states he is an American and/or French citizen. He works in maintenance. The patient reported that he is able to handle most activities of daily living. He denied any alcohol or drug abuse. The patient reported that many of his family members are living in the United States. He reported that his brother has been hospitalized for unknown psychiatric reasons.

## BEHAVIORAL OBSERVATIONS:

Mr. Chilmond was accompanied to the evaluation by family members and they arrived in a timely manner. The patient appeared about his stated age with adequate attention to hygiene and grooming. He was dressed in casual attire. During the evaluation he was friendly and cooperative, rapport was easily established. He did appear to have a flat expression upon his face.

Mr. Chilmond was alert during the evaluation but had much difficulty focusing his attention. The patient was oriented to person, place, time and situation. Complex motor activity

Page - 3 Matthew G. Chilmond

appeared mildly disorganized and often not goal directed.
However, spontaneity and initiative were within functional limits
as were motivation and task persistence.

The patient's affect was somewhat flat and constricted.  He
seemed variably aware of cognitive declines especially those that
affected memory, attention and concentration.  The patient
demonstrated an average level of fluency in his conversational
speech for conversation, but he demonstrated word finding
difficulties, naming deficits, and lengthy pauses between
thoughts, especially on timed tasks.  As demonstrated by
conversational speech his thought processes appeared slowed but
organized.  For the most part his thought content was relevant,
but at time he was circumstantial.  Judgment and insight
regarding the nature and extent of his current difficulties
appeared to be quite limited.  Overall, the patient demonstrated
sufficient effort to render the results an adequate measure of his
current cognitive functioning.

## COGNITIVE FUNCTIONING:

The patient demonstrated a significant amount of subtest
scatter on the Verbal subtests as well as the selected Performance
subtests.  The patient highest Verbal subtest scores were mostly
in the average range.  His best performance was on the vocabulary
subtest.  This subtest demonstrated the patient's ability to
define and use words.  Other neuropsychological test scores
suggest a decline in all cognitive domains from premorbid levels.
He marginally scored within functional limits on tasks that
measure abstract reasoning, social judgment and comprehension.
Mr. Chilmond seemed to have difficulty with common-sense types of
tasks and he was quite frustrated by his performance.  He had
great difficulty repeating sustaining his attention and
concentration on the Digits Backwards portion of the subtest.  The
patient had most difficulty with simple calculations presented
verbally.     These lowered scores on tasks of attention,
concentration, calculation abilities, social judgment and verbal
abstract reasoning suggest that he does suffer residual cognitive
deficits that could be developmental.

Testing revealed a significant amount of psychomotor slowing.
He had mild difficulty with timed tasks such as Digit Symbol and
Block Design subtest.  He could not even grasp the concept of the
Digit Symbol subtest which is a test of speed, sustained attention
and new learning.  This test is sensitive to the effects of
cognitive changes that have occurred in the brain.

## Attention and Concentration:
On the Mental Status Examination (MSE) Mr. Chilmond exhibited
variable cognitive functioning.  The patient was able to recite

Page - 4 Matthew G. Chilmond

his alphabet and count backwards from twenty. He had difficulty counting forwards by three's. The patient was unable to perform the Serial 7's task, as he lost track and perseverated. He could perform an alternate tasks and spell the word "World" backwards. The patient had difficulty with the Trail Making Test. It took him an excessive amount of time to complete the first part of the test. He was also able to complete Part B very slowly and methodically. The patient seemed to have difficulty with sequencing and alternating between number and set. The Trail Making Test Part B is sensitive to dysfunction in higher cortical regions (e.g. executive functions are impaired). Subtle impairments in all aspects of attention were observed. The patient appears to have difficulty with primary memory which affects focusing and shifting. He is slowed with choice reaction.

Memory:
        Behavioral observation revealed that the patient is for the most part an accurate historian. However, he had difficulty remembering when he certain historical events that occurred in life-time. With cuing he was able to state who the current and previous Presidents were. The patient was unaware of most newsworthy current events. With cuing his performance improved slightly. The patient demonstrated the ability to retrieve information that was learned through social exposure. His performance was augmented by cues.

        On the MSE the patient was able to recite three words immediately from the Mental Status Examination without cuing. However, after an interference task was implemented he was unable to remember the three words without maximal cuing upon one and five minute delay. New learning of more complex types of material appeared to be compromised. The patient was unable to learn a word list (Rey Auditory Verbal Learning Test) across multiple trials. He seemed to reach "Cognitive overload" status and he became frustrated with this task. The patient also had difficulty with his memory for semantic information in the form of short stories (Babcock Levy Test of Story Recall). He was unable to recall the majority of pertinent information of the story, both immediately and upon ten-minute delay. Prior to the delay portion of this task there was a repeated reading which did not enhance his memory performance.

        Non-verbal memory was severely impaired and compromised. The patient was unable to generate any of the designs from the Bender-Gestalt upon delay. This is a simple test of memory. Therefore, no further non-verbal memory testing was administered.

Visual-Spatial Functions:
        The patient demonstrated impaired performance on tasks that required visual-spatial functioning. He was marginally able to

Page - 5 Matthew G. Chilmond

draw designs from the Bender-Gestalt, although he drew the designs in a sloppy and inaccurate manner leaving out the finer details of the designs. The patient was unable to accurately draw a clock from free recall. He had difficulty placing the numbers on the clock, and did not place the hands correctly. His performance improved when he was able to perform this task to copy. Then the end product did read "Ten Minutes After Eleven". The patient demonstrated difficulty with tasks that required visual discrimination, analysis, spatial judgments and perceptual organization.

## Higher Abstract Reasoning Abilities:

The patient scored in the impaired range on the RCPM examination. He had difficulty understanding the concept of the test. The patient had difficulty conceptualizing spatial, design and numerical relationships ranging from the very obvious and concrete to the relatively complex and abstract. The patient scored in the impaired range, below a Standard Score of 70 which indicates that a dementing process is currently occurring. Thinking and reasoning are blurred. Concepts appear to have never attained distinctiveness. He will offer vague generalizations to specific questions.

The patient had most difficulty with tasks of social comprehension, especially in a novel context. For example, Mr. Chilmond did not know what to do if he was lost or in a movie theater that was on fire. He was unable to give the meaning of proverbs, such as "Rome was not built in a day". Even with cuing he could only give a concrete answer to most of the proverbs (three out of five). On two of the proverbs he could not give an accurate, literal or concrete meaning. He appears to be experiencing reasoning impairments with limited self-awareness of his deficits. Testing suggests that he will continue to decompensate and may have serious problems if there is a sudden disruption in his routine, which can leave him disoriented, confused and unable to deal with the unfamiliar situation.

## Language Functions:

The patient demonstrated mild difficulties with word finding, naming and repetition. There was often difficulty in generating words on timed tests. For example when asked to give words to certain letters (FAS) he would perseverate or forget the letter. However, there was no evidence of paraphasia. The patient had difficulty following simple directions. He was able to write a sentence and sign his names without much difficulty. He had mild difficulty following multi-step commands. Thought processes were for the most part logical, sequential and coherent and there was no evidence of psychosis. There is evidence of both mental and motor slowing.

Page - 6 Matthew G. Chilmond

## Emotional Functioning:

Test results and behavioral observations indicated that the patient is suffering mildly from a depressive process. He appears to have difficulty with tasks that require decision making. The patient's judgment may actually be clouded due to early brain damage. The patient reported that he is depressed about not having his citizenship. He is also upset about his wife not being able to immigrate to the States. denied suffering any symptoms of depression. He also denied any current or past suicidal ideations.

## SUMMARY AND CONCLUSIONS:

Mr. Matthew G. Chilmond is a 45 year old, right-handed, married, Caucasian male who presented for a comprehensive neuropsychological evaluation to assist with treatment planning. The patient reportedly has had difficulty attaining United States citizenship. The patient did not understand the process and prior to becoming a citizen he was voting in U.S. elections. The patient has also been charged with a felony, which can affect his ability to become a citizen. Mr. Chilmond reported that he was taken advantage of by a work colleague who may have taken advantage of him.

Behavioral observations and formal testing indicated variably impaired performance on most cognitive. There were impairments observed on tasks that load heavily upon attention, concentration, short and long term memory. Testing strongly suggested that the patient is currently suffering from the early stages of a cortical dementia due to the residual effects of a child brain injury. Testing suggested that he often does not consistent have the ability to make appropriate decisions. He denied any illegal or prescription drug use. Symptoms include slowed mental and motor processing, decreased attention span, decrease mental tracking abilities, and both mental and motor slowing, as well as impaired judgment and self-awareness.

## DIAGNOSTIC IMPRESSIONS:

Axis I  294.8  Dementia NOS Cortical - mild.
        311    Depression NOS.
Axis II  No diagnosis.
Axis III S/P History of Head Injury.

## RECOMMENDATIONS:

1) The patient is a viable candidate to become an American Citizen. He has made errors which appear secondary to suffering a early childhood brain injury.

Page - 7 Matthew G. Chilmond

2)   On-going neurological evaluations and monitoring of his
dementing process is strongly recommended.   Correlation of
neuropsychological testing with other brain studies such as (MRI,
Ct Scan and/or EEG) is recommended.   These tests should be
administered at the discretion of treating doctors.

3)   Mr. Chilmond has difficulties with memory and new learning.
Things will need to be simplified into the most simplest elements
for new learning and carry over to take place.


Thank you for allowing me to participate in the treatment of your
patient.   If I can be of further assistance please feel free to
contact me.

M.  J.  Di  Domenico,  Psy.D.
Licensed Clinical Psychologist