FILED
FEBRUARY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00796    Document 1-7    Filed 02/06/2008    Page 1 of 3

08 C 796

JUDGE SHADUR
MAGISTRATE JUDGE BROWN

# AFFIDAVIT OF MATTHEW GABRIEL CHILMOND

I, Matthew Gabriel Chilmond, hereby swears or affirms that the following is the truth under penalties of perjury:

1. My name is Matthew Gabriel Chilmond. I live at 6229 N. Claremont in Chicago, IL. I am single and do not have children, but have my entire immediate family in the Chicago area. My mother, and nine siblings live in the area with their respective families. My father passed away. I am employed as an Electrician with the Local 134 and work at whatever jobs it assigns me to as it becomes necessary. This affidavit is in response to your request via Form N-14 dated November 13, 2006.

2. I applied for naturalization in 2001 and was interviewed. I passed the history and civics test, as well the English, and I believed I had become a U.S. Citizen at that interview. I later learned I was incorrect. The reasons why I probably misunderstood the Immigration Officer on that occasion are discussed below.

3. Because I believed I had already become a U.S. Citizen, I registered to vote on September 27, 2002. I did this completely innocently. I wanted to exercise my right to vote, and thought I was a U.S. Citizen. I had no reason to lie or commit fraud. I also was surprised to learn later that the voter's registration office would let me register when I wasn't a citizen. In my mind, their allowing me to register was confirmation that I was a citizen.

4. I continued to vote in 2002, 2003 and 2004. I later learned that I was not a U.S. Citizen from a friend. I filed another naturalization application after learning that an oath was required.

5. My own personal background might help you understand how I could make such a silly mistake. I lost most of my hearing when I was young during the war in Lebanon. A blast close by took my hearing away. It came back some, but I have a very difficult time hearing what people say. I try to read lips as well. I do not wear a hearing aid because of the expense and my own pride. Perhaps that is a mistake.

6. Additionally, I was hit and run over by a car when I was three (3) years old. I was gravely injured. I am attaching medical records from that time, though they are in French as I did not have time to get them translated when I found a lawyer and learned how important they were. The records show that I was critically injured and that my head injury made it impossible for me to learn or develop until I was about fifteen (15) years old. I went to a special school during those 10 or so years. The way that it was explained to me is that after that time my brain began to mature and I began to learn at a close-to-normal rate. But I still had lost normal development for all of those childhood and early teen years.

7. Those disabilities left me with diminished faculties, and that has led to me making mistakes that seem very silly a number of times in my life. This is one mistake that I very much regret, but at the same time, completely understand how it happened.

8. Besides registering to vote, I also listed myself as a U.S. Citizen on my W-2s at work in error. I had no reason to lie about that either. It was a simple mistake that originated at my first naturalization interview.

9. Please accept my apologies for my mistake. I have been taken off of the roles as a voter, and so wish to become a U.S. Citizen. Thank you for taking the time to consider my case.

FURTHER AFFIANT SAYETH NAUGHT.

Matthew Gabriel Chilmond

Dated: 12, DECEMBER 2006

Signed & Sworn before me this 12th day of December, 2006.

OFFICIAL SEAL
ELIZABETH A ARREDIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/10