**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number:
MATTHEW CHILMOND,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRANT SERVICES, RUTH DOROCHOFF, in her official capacity as District Director of Chicago District Office, Robert S. Mueller, III, Director of the FBI, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and UNITED STATES OF AMERICA

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH **08 C 796**

JUDGE SHADUR
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MATTHEW CHILMOND

| NAME (Type or print) |
| --- |
| Robert Carpenter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ |
| FIRM |
| Carpenter and Capt, Chartered |
| STREET ADDRESS |
| 53 W. Jackson Blvd., Suite 1752 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6210049 | (312) 803-5110 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐