AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Matthew Chilmond

V.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.

CASE NUMBER: **08 C 796**

ASSIGNED JUDGE: **JUDGE SHADUR**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

**TO:** (Name and address of Defendant)

Patrick Fitzgerald
U.S. Attorney General
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARPENTER & CAPT, CHTD.
53 W. Jackson, Ste. 1752
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/* 

(By) DEPUTY CLERK

February 6, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | February 07, 2008 |
| NAME OF SERVER (PRINT)  Mike Carpenter | TITLE  Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Served via hand delivery to 219 S. Dearborn, 5th floor, Chicago IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 07, 2008        *Mike Carp* (signature)
                   Date                 *Signature of Server*

Carpenter and Capt Chtd. 53 W. Jackson Blvd, Suite 1752, Chicago IL 60604
*Address of Server*

FILED
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.