## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW CHILMOND, | JUDGE: Shadur |
| Petitioner, | MAGISTRATE JUDGE: Brown |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRANT SERVICES, RUTH DOROCHOFF, in her official capacity as District Director of Chicago District Office, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and UNITED STATES OF AMERICA, | Case Number: 08 C 796  Alien #: A43 306 368 |
| Respondents. | |

### PROOF OF SERVICE

I, Michael Carpenter, hereby swear or affirm that the Summonses for the below mentioned were served on each respective defendant by the following means:

Defendants:

1. U.S. DHS and U.S. CIS and RUTH DOROCHOFF, in her official capacity as District director of Chicago – Served via certified mail on February 07, 2008.

2. MICHAEL CHERTOFF, as Secretary of the U.S. DHS – Served via certified mail on February 07, 2008.

3. MICHAEL MUKASEY, as Attorney General of the United States: Served via certified mail on February 07, 2008.

    4.    PATRICK FITZGERALD, the U.S. Attorney General - by personal service at 219 S. Dearborn, 5th Floor, Chicago, IL, on February 07, 2008.

1

2                   */s/ Michael Carpenter*

3                   Michael Carpenter

4

5

6

7

8   CARPENTER & CAPT, CHTD.
     Attorneys for Petitioners

9   53 W. Jackson Blvd., Ste. 1752
     Chicago, IL 60604

10  (312) 803-5110
     Attorney Registration # (IL): 6210049

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                 2

27