UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW CHILMOND, | ) | |
| | ) | |
| Petitioner, | ) | No. 08 C 796 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| UNITED STATES DEPARTMENT OF | ) | Magistrate Judge Brown |
| HOMELAND SECURITY, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Samuel D. Brooks
           SAMUEL D. BROOKS
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5342
           sam.brooks@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on March 5, 2008, to the following non-ECF filers:

    Robert T. Carpenter
    Carpenter & Capt, Chartered
    53 West Jackson Boulevard
    Suite 1752
    Chicago, IL 60604

                  By:    s/ Samuel D. Brooks
                            SAMUEL D. BROOKS
                            Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 353-5342
                            sam.brooks@usdoj.gov