UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MATTHEW CHILMOND, | ) | |
| | ) | |
| Petitioner, | ) | No. 08 C 796 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| UNITED STATES DEPARTMENT OF | ) | Magistrate Judge Brown |
| HOMELAND SECURITY, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between petitioner, Matthew Chilmond, and respondents, United States Department of Homeland Security, *et al*., by undersigned counsel, that:

Respondent Citizenship and Immigration Service shall reconsider petitioner's application for naturalization (N-400) in light of an "expert report" that was previously provided by petitioner;

During the period of reconsideration, petitioner shall cooperate by providing in a timely manner any reasonable request by respondent for additional information;

After the period of reconsideration, respondent will again issue a decision on petitioner's application for naturalization;

After respondent issues its decision on reconsideration of petitioner's application for naturalization, petitioner shall have thirty (30) days from the date of issuance of that decision in which to take whatever legal action he deems necessary to pursue review of respondent's decision, which may, at petitioner's election, include seeking reinstatement of this action;

The attorneys identified below warrant and represent that they possess full authority to bind the persons and/or entities on whose behalf they are entering this stipulation;

The parties agree that the terms of this stipulation will not establish any precedent, nor will the stipulation be used as a basis by any party or any representative organization to seek or justify similar terms in any subsequent case;

This action is hereby dismissed without prejudice, each party to bear its own costs and attorney's fees.


For Petitioner:

/s Robert Carpenter
Robert Carpenter
Carpenter & Capt, Chtd.
53 W. Jackson, Suite 1752
Chicago, Illinois 60604
c&clawyers@carpenterandcapt.com

For Respondents:

/s Samuel D. Brooks
Samuel D. Brooks
Assistant U.S. Attorney
Dirksen Federal Building
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
sam.brooks@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      Stipulation of Voluntary Dismissal

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 2, 2008, to the following non-ECF filers:

      Robert T. Carpenter
      Carpenter & Capt, Chartered
      53 West Jackson Boulevard
      Suite 1752
      Chicago, IL 60604

      By:   s/ Samuel D. Brooks
            SAMUEL D. BROOKS
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5342